Mark Rodriguez, Plaintiff-Appellant,
against
Anass Elkouhen and Super Service Station, Inc., Defendants-Respondents.




Plaintiff appeals from a judgment of the Civil Court of the City of New York, Bronx County (Sabrina B. Kraus, J.), entered October 15, 2018, after trial, in favor of defendants dismissing the action.




Per Curiam.
Judgment (Sabrina B. Kraus, J.), entered October 15, 2018, affirmed, without costs.
In reviewing a judgment from a bench trial, especially where credibility played an important role, the judgment should only be set aside where it is not supported by any fair interpretation of the evidence (see Nightingale Rest. Corp. v Shak Food Corp., 155 AD2d 297 [1989], lv denied 76 NY2d 702 [1990]). Applying that standard here, and giving deference to the court's decision to credit defendant Elkouhen's "testimony over that of plaintiff," we do not disturb the dismissal of the complaint after trial. A fair interpretation of the evidence supports a finding that plaintiff had no legal authority to take possession of the subject automobile from defendants' service station, without permission. The evidence credited by the court established that defendant Service Station had a right to possess the vehicle as a result of its lien for unpaid repairs.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: October 28, 2019